11 So.3d 454 (2009)
Sharah BRICE, Appellant,
v.
PAN AM HORIZONS FEDERAL CREDIT UNION, Appellee.
No. 3D08-2746.
District Court of Appeal of Florida, Third District.
June 3, 2009.
Sharah Brice, in proper person.
Carlton Fields and Natalie J. Carlos, Miami, for appellee.
*455 Before RAMIREZ, CORTIÑAS, and LAGOA, JJ.
PER CURIAM.
Affirmed. See Cheese & Grill Rest. Inc. v. Wachovia Bank, N.A., 970 So.2d 372 (Fla. 3d DCA 2007).